```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A91-0034--CR (HRH)
                "USA V EMMITT L. WILSON ET AL"
                   DEF 1.1 WILSON, EMMITT L.

       Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 04/10/91
            Closed: 01/30/92
No. of Defendants: 4
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date: 10/08/91
        Terminated: YES
Needs interpreter: NO
Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Crandon H. Randell
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Other

                   Richard L. Pomeroy
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Other


Counts re: DEF 1.1 WILSON, EMMITT L.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges specified | |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A91-0034--CR (HRH)
              "USA V EMMITT L. WILSON ET AL"
                  DEF 2.1 SERRANO, GILBERT R.

       Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 04/10/91
              Closed: 01/30/92
  No. of Defendants: 4
      MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date: 10/08/91
          Terminated: YES
   Needs interpreter: NO
    Counsel of record: Jeffrey M. Feldman
                      Feldman Orlansky & Sanders
                      500 L Street, Suite 400
                      Anchorage, AK 99501
                      907-272-3538
                      Serve: YES
                       Type: Retained
                       Role: Other


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Crandon H. Randell
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Other

                      Richard L. Pomeroy
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Other


   Counts re: DEF 2.1 SERRANO, GILBERT R.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
|  |  | No charges specified |  |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A91-0034--CR (HRH)
                            "USA V EMMITT L. WILSON ET AL"
                              DEF 3.1 CAMPBELL, SHARYN G.

              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
     Magistrate Judge: The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 04/10/91
              Closed: 01/30/92
 No. of Defendants: 4
    MJ Case Number:
                AKA:
    Location status: Released on Own Recognizance
          Trial date: 10/08/91
          Terminated: YES
 Needs interpreter: NO
 Counsel of record: Christine S. Schleuss
                    Friedman Rubin et al
                    1227 W. 9th Avenue, Suite 201
                    Anchorage, AK 99501
                    907-258-0704
                    FAX 907-278-6449
                    Serve: YES
                     Type: Retained
                     Role: Other


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Other

                    Richard L. Pomeroy
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Other


 Counts re: DEF 3.1 CAMPBELL, SHARYN G.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges specified | |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A91-0034--CR (HRH)
                          "USA V EMMITT L. WILSON ET AL"
                              DEF 4.1 SIEGEL, WADE L.

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
              Filed: 04/10/91
             Closed: 01/30/92
 No. of Defendants: 4
     MJ Case Number:
                AKA:
    Location status: Not specified
         Trial date: 10/08/91
         Terminated: YES
 Needs interpreter: NO
 Counsel of record: None specified


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Crandon H. Randell
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Other

                    Richard L. Pomeroy
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    Serve: YES
                     Type: Not specified
                     Role: Other


 Counts re: DEF 4.1 SIEGEL, WADE L.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| | | No charges specified | |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
                          "USA V EMMITT L. WILSON ET AL"

                                 For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 04/10/91
            Closed: 01/30/92
No. of Defendants: 4
```

| Document # | Filed | Docket text |
|---|---|---|
| 363 - 1 | 04/14/97 | [Re: DEF 1] JUDGE LEW Order and report re: probation; no further action necessary re payments.  cy PO |
| 364 - 1 | 06/19/97 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 1 | 06/20/97 | Issued: writ |
| 365 - 1 | 09/19/97 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re: PFD. |
| 366 - 1 | 10/20/97 | USM Return on writ of execution partially satisfied as to D-3 $1294.54. |
| 367 - 1 | 10/23/97 | USM Return partially satisfying Writ of Execution in the amount of $1,294.54. (E. Wilson) |
| 368 - 1 | 12/11/97 | [Re: DEF 1] PLF 1 motion to release attached PFD dividend funds. |
| 369 - 1 | 12/11/97 | [Re: DEF 2] PLF 1 motion to release attached PFD dividend funds. |
| 368 - 2 | 01/05/98 | HRH Order granting motion to release attached PFD dividend funds. (368-1) cc:USA,E. Wilson, Fin Dep |
| 369 - 2 | 01/05/98 | [Re: DEF 2] HRH Order granting motion to release attached PFD dividend funds. (369-1) cc:USA, G. Serrano, Fin Dep |
| 370 - 1 | 07/08/98 | [Re: DEF 3] HRH Order and petition for probation violation: the crt orders the issuance of a summons.  Petition for Probation revocation is referred to MJ for I/A/preliminary hearings.  Any evidentiary hrg to be before DJ.  cc:  USA, Deft w/USM copy, USM, PO, MJ Branson |
| NOTE - 2 | 07/09/98 | Issued: Summons re: DEF 3 i/a. |
| 371 - 1 | 07/09/98 | [Re: DEF 3] AHB Minute Order that i/a on petition to revoke probation is set 3:30 p.m., 8/4/98.  cc: USA, USM, PO, Def (by USM), HRH |
| 372 - 1 | 07/14/98 | Return of summons executed on 07/13/98. |
| 373 - 1 | 07/20/98 | [Re: DEF 3] PLF 1 Aff & request for issuance of Writ of Execution on PFD. |
| NOTE - 3 | 07/23/98 | Issued: writ of execution on def3 PFD. |
| 374 - 1 | 08/05/98 | [Re: DEF 3] AHB Court Minutes [ECR: Bonnie Boyer] of I/A on petition to revoke probation (held 8/4/98); FPD to appt M. White as CJA atty; def denied all violations; evid hrg to be set before HRH; def rlsd O/R. |
| 375 - 1 | 08/05/98 | [Re: DEF 3] Financial Affidavit w/att exhs. |
| 376 - 1 | 08/05/98 | [Re: DEF 3] AHB Personal Recognizance Order; def rlsd O/R.  cc: USA, FPD (CJA Clerk), USM, PO |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
                           "USA V EMMITT L. WILSON ET AL"

                                  For all filing dates


 Document #    Filed      Docket text

    377 -  1   08/05/98   [Re: DEF 3] Order setting conditions of release; def rlsd O/R.  cc: USA,
                          FPD (CJA Clerk), USM, PO

    378 -  1   08/07/98   [Re: DEF 3] CJA appointment of M. White [FRIEDMAN].

    379 -  1   08/19/98   [Re: DEF 3] HRH Minute Order setting evid hearing re petition to revoke
                          for 10/26/98 at 8:30. cc: USA, M. White, USM, PO, MJ Branson

    380 -  1   09/02/98   [Re: DEF 1] PLF 1 Aff & request for issuance of  Writ of Execution on
                          PFD.

   NOTE -  4   09/03/98   Issued: writ of execution on PFD re: Emmitt L. Wilson.

    381 -  1   09/03/98   DEF 2 motion to modify restitution based on settlement w/National Credit
                          Union Administration w/att exh. (sent to Judge Lew 9/4/98)

    382 -  1   09/18/98   [Re: DEF 2] PLF 1 Aff & request for issuance of  Writ of Execution on
                          PFD.

   NOTE -  5   09/21/98   Issued: writ re DEF 2 PFD.

    383 -  1   09/28/98   [Re: DEF 2] PLF 1 response to DEF 2 motion to modify restitution based
                          on settlement w/National Credit Union Administration (381-1) (sent to
                          Judge Lew 9/29/98).

    384 -  1   09/30/98   DEF 2 reply to opposition to DEF 2 motion to modify restitution based on
                          settlement w/National Credit Union Administration (381-1) w/att exhs
                          [sent to Judge Lew 09/30/98].

    385 -  1   10/02/98   [Re: DEF 2] PLF 1 clarification of government's position re: motition to
                          modify restitution re: DEF 2 motion to modify restitution based on
                          settlement w/National Credit Union Administration (sent to Judge Lew
                          10/05/98) (381-1) w/att aff.

    386 -  1   10/15/98   DEF 3 motion (petition) to amend terms of probation w/att exhs.

    387 -  1   10/22/98   USM Return of writ of execution re: def 3 on 07/27/98; check in amount
                          of $1,538.88 retuned to USDC partially satisfying writ w/att exhs.

    388 -  1   10/23/98   DEF 3 motion to admit polygraph evidence w/att memo & exhs.

    389 -  1   10/26/98   DEF 3 motion & memo for order to Charter North Hospital & its affiliates
                          to produce credentialing & employment files regarding witness Routh,
                          w/exhs.

    390 -  1   10/26/98   [Re: DEF 3] HRH Order granting motion & memo for order to Charter North
                          Hospital & its affiliates to produce (389-1) records by COB 10/26/98 or
                          show cause why it should not be held in contempt of court. cc: USA, M.
                          White, Charter North

    391 -  1   10/27/98   [Re: DEF 3] ZZZ-1 (Charter North Hospital) Objections to disclosure of
                          confidential documents, w/atch exhs C&D (sealed exhs A&B returned per
                          HRH order at #394).

    392 -  1   10/27/98   [Re: DEF 3] HRH Court Minutes [ECR: Jennifer Gamble/Bonnie Boyer] of
                          Evidentiary hrg on petition to revoke probation held 10/26/98 - Crt &
                          cnsl heard re: subpoena for Charter North medical records; Crt signed

 ACRS: R_RDSDX            As of 02/07/06 at 11:45 AM by NON-NET                      Page 2
```

Case 3:91-cr-00034-HRH Document 503 Filed 10/18/05 Page 7 of 14

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
"USA V EMMITT L. WILSON ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| | | | ord w/modifications. Testimony heard. plf's exhibits 1, 2, 3, 4, 5, 6, & 7 admitted. gov't rested. Matter to reconvene on Tues, 10/27/98 at 8:30 a.m. cc: USA, M. White, PO, USM, MJ Branson |
| 393 - | 1 | 10/28/98 | [Re: DEF 3] HRH Court Minutes [ECR: Jennifer Gamble] Continued Evidentiary hrg on petition to revoke probation [held 10/27/98] crt/cnsl hrd def's oral motion to dismiss violation 7 of the petition to revoke probation; crt reserved judgment;crt/cnsl hrd re: documents for Charter North Hospital; crt to return documents; crt/cnsl hrd re: restitution; def cnsl's oral motion for the restitution to be changed; denied;crt/cnsl hrd motion re: polygraph evidence; crt/cnsl hrd; matter under advisement; crt directed clk to keep original exhs; original exhs forwarded to chambers; wit and exh list attached. cc:USA, White, USM, PO, MJ Branson |
| 394 - | 1 | 10/28/98 | [Re: DEF 3] HRH Minute Order to return in camera docs & sealed docs appended to #391 to cnsl for Charter North Hospital. cc: USA, M. White, C. Stowers |
| 395 - | 1 | 10/29/98 | USM Return on writ of execution re: DEF 2, State of AK, PFD, on 09/25/98 partially saatisfying writ in the amount of $1,538.88 w/att exhs. |
| 396 - | 1 | 10/30/98 | [Re: DEF 3] HRH Order that Chief PO either prepare disposition recommendation or assign to another PO not directly involved; recommendation to be filed by 11/16/98 unless independant psych exam deemed necessary, which additional time will be allowed upon request; brief due from cnsl w/i 10 days of filing of recommendation; disposition hearing is set for 12/2/98 at 8:30 am. cc: USA, M. White, PO |
| 397 - | 1 | 10/30/98 | [Re: DEF 3] HRH Order denying motion to admit polygraph evidence (388-1). cc: USA, M. White |
| 398 - | 1 | 11/06/98 | [Re: DEF 3] HRH Minute Order returning exhs A-T and AE to Michael White on 11/4/98. |
| 399 - | 1 | 11/06/98 | HRH Minute Order returning exhibits 1-8 and 10 to plf; picked up by Dee Woeski on 11/5/98. |
| 400 - | 1 | 11/13/98 | DEF 3 Unopposed Motion to reschedule disposition hrg. |
| 401 - | 1 | 11/18/98 | [Re: DEF 3] HRH Minute Order resetting disposition hearing to 1/8/99 at 8:30. cc: USA, M. White, PO, USM |
| 402 - | 1 | 11/18/98 | USM Return on writ of execution partially satisfied. |
| 403 - | 1 | 11/25/98 | [Re: DEF 3] PLF 1 motion to release attached PFD funds in the amount of $1,538.88 held in the Court registry. |
| 404 - | 1 | 12/10/98 | [Re: DEF 1] PLF 1 motion to release attached PFD funds in the amount of $1,5383.88 held in Crt registry. |
| 405 - | 1 | 12/18/98 | DEF 3 Objections to pre-dispostion report and def's pre-disposition memo w/att exhs. |
| 406 - | 1 | 12/29/98 | [Re: DEF 3] PLF 1 Predisposition memo w/att exhs. |
| 404 - | 2 | 01/06/99 | [Re: DEF 1] HRH Order granting motion to release attached PFD funds in the amount of $1,538.88 (404-1). cc: USA, E. Wilson, Finance |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
                              "USA V EMMITT L. WILSON ET AL"

                                      For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 407 - 1 | 01/06/99 | [Re: DEF 3] HRH Order granting motion to release attached PFD funds in the amount of $1,538.88 (403-1). cc: USA, S. Campell, Finance |
| 408 - 1 | 01/11/99 | [Re: DEF 3] HRH Judgment for revocation of supervised release: DEF was found in violation of conditions 1,3,4 & 5.  DEF committed to the custody of the Attorney General for 10 months.  crt recommended that sentence be carried out at the Cordova house in Anchorage, AK.  DEF to surrender to USM as notified.  cc:  USA, M. White, USM, PO, S. Campbell w/cnsl cy |
| 409 - 1 | 01/11/99 | [Re: DEF 3] HRH Court Minutes [ECR: Jennifer Gamble] of dispo hrg on petition to revoke probation (dkt 370) held 01/08/99: Crt stated ruling(s); def found in violation of allegations 1,3,4 & 5 of the petion & allegations 2,6 & 7 dismissed.  Probation revoked.  Def committed to custody of the AG for 10 months.  Crt recommended that def serve sentence at cordova Hse.  DEF to surrender to USM as notified; def's pet to modify prob at #386 denied. |
| 410 - 1 | 01/15/99 | DEF 3 motion & memo in support of motion to reconsider sentence, in the alternative, motion to modify certain aspects of sentence. |
| 411 - 1 | 01/25/99 | [Re: DEF 3] HRH Order denying motion to reconsider sentence, granting in the alternative that def be allowed to self surrender if the Bureau of Prisons designates def to an institution outside the District of Alaska. (410-1) cc:USA, M. White, PO, USM, ECR |
| 412 - 1 | 01/28/99 | [Re: DEF 3] HRH Amended Judgment; states that in the event that the Bureau of Prisons designates def to an institution outside the District of Alaska for execution of her sentence, def shall surrender at the designated outside institution as directed by her probation officer. cc:USA, M. White, Def w/cnsls cy, USM, PO, MJ Branson |
| 413 - 1 | 02/02/99 | [Re: DEF 3] HRH Order denying def's request to travel. cc: Probation |
| 414 - 1 | 02/17/99 | DEF 2 Request for Oral Argument re: DEF 2 motion to modify restitution based on settlement w/National Credit Union Administration (sent to Judge Lew 9/4/98) (381-1). |
| 415 - 1 | 05/17/99 | [Re: DEF 2] RSL Order denying motion to modify restitution based on settlement w/National Credit Union (381-1).  cc: USA, J. Feldman, USM, PO, Judge Holland |
| 416 - 1 | 08/02/99 | [Re: DEF 1] PLF 1 Aff & request for issuance of Writ of Execution on PFD. |
| NOTE - 6 | 08/03/99 | Issued: writ of execution on PFD re: DEF 1 [Wilson]. |
| NOTE - 7 | 08/04/99 | Issued: writ of execution on PFD re: def 3. |
| 417 - 1 | 08/04/99 | [Re: DEF 3] PLF 1 aff & request for issuance of Writ of Execution. |
| 418 - 1 | 08/16/99 | [Re: DEF 3] PLF 1 oppo (response) to applications for costs (accountant & psychologist). |
| 419 - 1 | 10/25/99 | USM Return of writ of execution on PFD re: def 3 in amount of $1767.84 [receipt 110299] w/att exhs. |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
                          "USA V EMMITT L. WILSON ET AL"

                              For all filing dates


 Document #   Filed       Docket text

    420 -  1  11/24/99    [Re: DEF 3] PLF 1 motion to release attached PFD funds in amount of
                          $1767.84 .

    421 -  1  12/08/99    DEF 3 opposition to [Re: DEF 3] PLF 1 motion to release attached PFD
                          funds in amount of $1767.84 (420-1) w/att exhs.

    422 -  1  12/13/99    [Re: DEF 3] PLF 1 reply to opposition to [Re: DEF 3] PLF 1 motion to
                          release attached PFD funds in amount of $1767.84 (420-1) w/att exh.

    423 -  1  01/05/00    USM Return on writ of execution re: DEF 1 partially satisfied $1,767.84
                          [receipt # 00110901].

    424 -  1  01/10/00    [Re: DEF 3] HRH Order granting motion to release attached PFD funds in
                          amount of $1767.84 (420-1).  cc: USA, S. Campbell, Finance, FLU

    425 -  1  01/10/00    [Re: DEF 1] PLF 1 motion to release attached PFD funds in amount of
                          $1767.84 held in court registry.

    426 -  1  02/07/00    [Re: DEF 1] HRH Order granting motion to release attached PFD funds in
                          amount of $1767.84 held in court registry (425-1).  cc: USA, E. Wilson,
                          Finance

    427 -  1  06/02/00    [Re: DEF 3] PLF 1 Application re: Writ of Execution on PFD.

    428 -  1  07/27/00    [Re: DEF 2] PLF 1 Aff & request for issuance Writ of Execution on PFD.

   NOTE -  8  07/28/00    Issued: Writ of execution on PFD.

    429 -  1  10/02/00    [re: def 2] USM Return of service on writ on PFD executed 06/12/00.

    430 -  1  10/18/00    USM Return of writ re: def 2 on PFD in amount of $1959.86 executed
                          08/07/00 w/att exhs.

    431 -  1  11/14/00    [Re: DEF 2] PLF 1 motion to release attached PFD funds.

    432 -  1  12/15/00    [Re: DEF 1] JWS Order granting motion to release attached PFD funds
                          (431-1).  cc: USA, Finance

    433 -  1  04/16/01    [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

   NOTE -  9  04/17/01    Issued: writ of execution re: DEF 1 on PFD.

    434 -  1  10/25/01    USM Return on writ of execution re:DEF 1 partially satisfied $1,846.28
                          receipt 00116040).

    435 -  1  10/29/01    [Re: DEF 3] PLF 1 Application re: Writ of Garnishment on Paine Weber re:
                          DEF 3.

    436 -  1  10/29/01    [Re: DEF 3] PLF 1 Application re: Writ of Garnishment on Wells Fargo
                          Bank re: DEF 3.

   NOTE - 10  10/30/01    Issued: writ of garnishment & clk's ntc & instr to debtor of
                          postjudgment garnishment to Paine Weber & Wells Fargo Bank  re: DEF 3.

    437 -  1  11/30/01    [Re: DEF 1] PLF 1 motion to release attached PFD funds.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
                           "USA V EMMITT L. WILSON ET AL"

                                  For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 438 - | 1 | 12/04/01 | [Re: DEF 1] HRH Order granting motion to release attached PFD funds (437-1). cc:USA, Finance, PO |
| 439 - | 1 | 01/25/02 | [Re: DEF 2] PLF 1 motion to release attached PFD funds |
| 440 - | 1 | 01/29/02 | [Re: DEF 2] HRH Order granting motion to release attached PFD funds (439-1).  cc: AUSA, Finance |
| 441 - | 1 | 02/07/02 | [Re: DEF 3] UBS PaineWEber, Inc's answer under oath to writ of garnishment. |
| 442 - | 1 | 02/08/02 | [Re: DEF 3] Wells Fargo Bank answer to writ of garnishment for personal property (non-earnings). |
| 443 - | 1 | 02/12/02 | USM Return of svc of writ of garnishment re: DEF 3 on Paine Weber on 1/30/02. |
| 444 - | 1 | 02/12/02 | USM Return of svc of writ of garnishment re: DEF 3 on Wells Fargo Bank on 1/30/02. |
| 445 - | 1 | 02/14/02 | [Re: DEF 2] Clerk's Notice that any party wanting passport returned are to file mot with proposed order. cc: USA, J. Feldman, PO |
| 446 - | 1 | 02/15/02 | USM Return of svc on writ of garnishment re:DEF 3 returned unexecuted. |
| 447 - | 1 | 02/27/02 | DEF 2 motion for return of passport |
| 447 - | 2 | 03/20/02 | [Re: DEF 2] HRH Order granting motion for return of passport (447-1). cc: C. Randell, J. Feldman, Finance |
| 448 - | 1 | 03/25/02 | [Re: DEF 3] PLF 1 Certification of service of documents on def-debtor on 2/27/02. |
| 449 - | 1 | 03/25/02 | DEF 3 motion to terminate or reconsider restitution award, request hearing at alternative venue & claim exemptions w/att memo, aff & exhs |
| 450 - | 1 | 04/01/02 | [Re: DEF 3] PLF 1 Notice of request for hearing pursuant to 28:3202(d) & claim of exemptions |
| 451 - | 1 | 04/04/02 | [Re: DEF 3] PLF 1 opposition to DEF 3 motion to terminate or reconsider restitution award, request hearing at alternative venue & claim exemptions  (449-1) |
| 452 - | 1 | 04/08/02 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re PFD. |
| NOTE - | 11 | 04/10/02 | Issued: Writ of Execution re PFD. |
| 453 - | 1 | 04/15/02 | DEF 3 reply to opposition to DEF 3 motion to terminate or reconsider restitution award, request hearing at alternative venue & claim exemptions  (449-1) |
| 454 - | 1 | 05/17/02 | [Re: DEF 3] HRH Order denying motion to terminate or reconsider restitution award, request hearing at alt (449-1). cc:USA, S. Campbell |
| 455 - | 1 | 06/14/02 | DEF 3 motion for ext of time to file notice of appeal w/att memo, aff, notice of appeal |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
                         "USA V EMMITT L. WILSON ET AL"

                                  For all filing dates


 Document #    Filed      Docket text

   456 -   1  07/08/02    [Re: DEF 3] HRH Order granting motion for ext of time to file notice of
                          appeal (455-1). cc: USA, C. Schleuss, Appeals Clerk

 NOTE -   12  07/10/02    Transmittal: Forwarded notice of appeal (457-1) to 9CCA.

   457 -   1  07/10/02    DEF 3 appeal to 9CCA of (454-1) filed 05/17/02. cc:cnsl, Judge Holland,
                          9CCA

   458 -   1  07/10/02    [Re: DEF 3] Cy 9CCA Time Schedule Order. (457-1) cc:cnsl, ECR, 9CCA
                          (Original)

   459 -   1  07/10/02    [Re: DEF 3] cy 9CCA Certificate of Record. (457-1) cc: cnsl, Judge
                          Holland, 9CCA (Original)

   460 -   1  07/23/02    [Re: DEF 3] PLF 1 motion for final order of garnishment re Wells Fargo
                          Bank

   461 -   1  07/23/02    [Re: DEF 3] PLF 1 motion for final order of garnishment re Paine Weber

   462 -   1  08/06/02    DEF 3 opposition to PLF 1 motion for final order of garnishment re Wells
                          Fargo Bank (460-1), PLF 1 motion for final order of garnishment re Paine
                          Weber (461-1)

   463 -   1  08/08/02    [Re: DEF 3] PLF 1 reply to opposition to [Re: DEF 3] PLF 1 motion for
                          final order of garnishment re Wells Fargo Bank (460-1), [Re: DEF 3] PLF
                          1 motion for final order of garnishment re Paine Weber (461-1)

   464 -   1  08/16/02    [Re: DEF 3] HRH Order granting motion for final order of garnishment re
                          Wells Fargo Bank (460-1), motion for final order of garnishment re Paine
                          Weber (461-1). cc: cnsl

   465 -   1  10/24/02    USM Return of svc on writ of execution re: DEF 1 partially satisfying
                          writ in the amt $1,538.76 (receipt 001188456 on 4/18/02.

   466 -   1  11/21/02    [Re: DEF 1] PLF 1 motion to release attached PFD funds

   467 -   1  12/10/02    [Re: DEF 1] HRH Order granting motion to release attached PFD funds in
                          the amount of $1,538.76 (466-1). cc: USA, Finance

 NOTE -   13  04/22/03    Issued: writ of execution re: DEF 2 on PFD.

   468 -   1  04/22/03    [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD.

   469 -   1  04/30/03    [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

 NOTE -   14  05/05/03    Issued: writ of execution re:DEF 1 on PFD.

 NOTE -   15  07/23/03    Transmittal: Forwarded D.C. record to 9CCA consisting of vols 7-16, 1
                          sealed vol, 29 transcripts and 1 trial index sent in 3 boxes.

   470 -   1  08/18/03    [Re: DEF 2] HRH Order and report re def is discharged from probation &
                          proceedings are terminated. cc: PO

   471 -   1  09/26/03    [Re: DEF 3] 9CCA Judgment/Final Order re: notice of appeal (457-1) that
                          the district court's decision is AFFIRMED.  cc: C. Schleuss, R. Pomeroy,
                          USPO, USM, Judge Holland


 ACRS: R_RDSDX              As of 02/07/06 at 11:45 AM by NON-NET                       Page 7
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
                            "USA V EMMITT L. WILSON ET AL"

                               For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 472 - 1 | 10/28/03 | USM Return of svc on writ of execution re: DEF 1 partially satisfying writ in the amt $1,105.56 (receipt 00121624) on 5/08/03. |
| 473 - 1 | 10/28/03 | USM Return of svc on writ of execution re: DEF 2 partially satisfying writ in the amt $1,105.56 (receipt 00121625) on 4/24/03. |
| 474 - 1 | 11/26/03 | [Re: DEF 1] PLF 1 motion to release attached PFD funds in the amount of $1,105.56. |
| 475 - 1 | 11/26/03 | [Re: DEF 2] PLF 1 motion to release attached PFD Funds in the amount of $1,105.56. |
| 476 - 1 | 12/19/03 | [Re: DEF 1] JWS Order granting motion to release attached PFD funds in the amount of $1,105.56 (474-1). AUSA Flu, Finance, E. Wilson |
| 477 - 1 | 12/19/03 | [Re: DEF 2] JWS Order granting motion to release attached PFD Funds in the amount of $1,105.56 (475-1). cc: AUSA FLU, Finance, G. Serrano |
| 478 - 1 | 05/07/04 | [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - 16 | 05/10/04 | Issued: writ of execution re: DEF 2 on PFD. |
| NOTE - 17 | 06/01/04 | Issued: writ of executed re: DEF 1 on PFD. |
| 479 - 1 | 06/01/04 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| 480 - 1 | 11/02/04 | USM Return of svc on writ of execution re: DEF 2 on PFD on 11/02/04Crt in receipt of $917.84 (receipt# 00124381). |
| 481 - 1 | 11/10/04 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 482 - 1 | 12/03/04 | [Re: DEF 3] HRH Order that former USPO Barbara A. Wilson shal comply with the State of Ak Subpoena dated 1/29/04 in the matter of Lisa C. Routh, MD. and shall be allowed to review the probation files in US v S. Campbell. cc: AUSA, USPO |
| 483 - 1 | 12/06/04 | [Re: DEF 2] HRH Order granting motion to release attached PFD funds (481-1). cc: USA, J. Feldman, Finance |
| NOTE - 18 | 12/13/04 | Notation (re: Appeal): received from 9CCA expandos # 4/5/6. |
| NOTE - 19 | 12/14/04 | Notation (re: Appeal): received remaining expandos and files from 9CCA. |
| 484 - 1 | 01/14/05 | USM Return of svc on writ of execution re:DEF 1 on FPD not on file. |
| 485 - 1 | 06/30/05 | [Re: DEF 2] PLF 1 Application re: Writ of Garnishment @ Wells Fargo Bank. |
| 486 - 1 | 06/30/05 | [Re: DEF 2] PLF 1 Application re: Writ of Garnishment @ Ak Glacier Refreshments. |
| NOTE - 20 | 07/01/05 | Issued: writ of garnishment to Wells Fargo Bank re: DEF 2. |
| NOTE - 21 | 07/01/05 | Issued: Clk's Notice & instructions to debtor (DEF 2) of post-judg garnishment. |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
                              "USA V EMMITT L. WILSON ET AL"

                                    For all filing dates


 Document #    Filed     Docket text

 NOTE -  22  07/01/05   Issued: writ of garnishment to Ak Glacier Refreshment.

 NOTE -  23  07/01/05   Issued: Clk's Notice & Instructions to Debtor (DEF 2) of post-judg
                        garnishment.

  487 -   1  07/15/05   USM Return of svc on writ of garnishment re: DEF 2 on Wells Fargo Bank
                        on 7/15/05.

  488 -   1  07/15/05   USM Return of svc on writ of garnishment re: DEF 2 on Ak Glacier
                        Refreshments on 7/13/05.

  489 -   1  07/26/05   USA Return of svc on writ of garnishment re: DEF 2 executed on 07/19/05.

  490 -   1  07/26/05   [Re: DEF 2] PLF 1 Application re: Writ of Execution on PFD.

  491 -   1  07/26/05   [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD.

 NOTE -  24  07/27/05   Issued: writ of execution re: DEF 2 on PFD.

 NOTE -  25  07/27/05   Issued: writ of execution re: DEF 1 on PFD.

  492 -   1  07/28/05   [Re: DEF 1] PLF 1 Application re: Writ of Garnishment on Pruhs Corp &
                        Construction Co.

 NOTE -  26  07/29/05   Issued: writ of garnishment & clk notice & instr to debtor re: DEF 1.

  493 -   1  07/29/05   [Re: DEF 2] Alaska Glacier Refreshments' Answer to Writ of Garnishment.

  494 -   1  08/02/05   [Re: DEF 2] Wells Fargo Bank, NA answer to writ of execution.

  495 -   1  08/08/05   USM Return of svc re: writ of garnishment re: DEF 1  on Pruhs
                        Corp/Construction Co executed on 8/5/05.

  496 -   1  08/17/05   DEF 1 Employer's answer to writ of garnishment for earnings.

  497 -   1  08/18/05   [Re: DEF 2] PLF 1 motion for final order to release funds pursuant to
                        writ of garnishment re: Wells Fargo Bank.

  498 -   1  08/18/05   [Re: DEF 2] PLF 1 motion for order to release funds pursuant to writ of
                        garnishment re: Alaska Glacier Refreshments.

  499 -   1  08/23/05   PLF 1 Return of svc on writ of garnishment re: DEF 1 executed on
                        8/19/05.

  500 -   1  09/16/05   [Re: DEF 2] HRH Order granting motion for order to release funds
                        pursuant to writ of garnishment re: Alaska Glacier Refreshments (498-1),
                        USA, G. Serrano, Ak Glacier Refreshments, FLU, Finance

  501 -   1  09/16/05   HRH Order granting motion for final order to release funds pursuant to
                        writ of garnishment re: Wells Fargo Bank, N.A. in the amount of
                        $2,623.85.  Upon issuance of the funds all conditions of the Writ of
                        Garnishment to garnishee, Wells Fargo Bank ar fully satisfied (497-1).
                        cc: AUSA, FLU, G. Serrano, Wells Fargo Banks, Finance

  502 -   1  09/20/05   [Re: DEF 1] PLF 1 motion for order to release funds pursuant to writ of
                        garnishment.
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A91-0034--CR (HRH)
                         "USA V EMMITT L. WILSON ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 503 - 1 | 10/18/05 | HRH Order granting mot for ord to rls funds pursuant to writ of garnishment (502-1). cc: USA, E. Wilson, Pruhs Corp |