IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>GILBERT R. SERRANO,<br><br>                    Defendant. | Case No. 3:91-034-HRH<br><br>PROPOSED<br>ORDER TO RELEASE PFD FUNDS |

      Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

      The attached funds, in the amount of $1,104.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

      IT IS SO ORDERED.

DATED:_____

                                                      H. RUSSEL HOLLAND<br>
                                                      JUDGE U.S. DISTRICT COURT