IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>  vs.<br><br>EMMITT L. WILSON, GILBERT R.<br>SERRANO, SHARYN G. CAMPBELL,<br>and WADE L. SIEGEL,<br><br>      Defendants.<br>_____<br><br>This Order Pertains to<br><br>GILBERT SERRANO (D-02)<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 3:91-cr-0034-HRH<br>)<br>) |

O R D E R

Release of PFD Funds

  Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby granted.

  The attached funds, in the amount of $1,104.96, be released from the registry by the clerk of court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward defendant's criminal restitution.

  IT IS SO ORDERED.

  DATED at Anchorage, Alaska, this 26th day of February, 2007.

              /s/H. Russel Holland
              United States District Judge